**FILED**
January 3, 2022
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES R. FOREMAN,<br><br>Defendant. | Case No.  2:22-CR-0003-DB<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  JAMES R. FOREMAN , Case No.  2::22-CR-00003-DB   Charge Failure to Appear, from custody for the following reasons: for the following reasons:

     X     Release on Personal Recognizance

            Bail Posted in the Sum of $ _____

            Unsecured Appearance Bond $ _____

            Appearance Bond with 10% Deposit

            Appearance Bond with Surety

            Corporate Surety Bail Bond

            (Other): _____ .

Issued at Sacramento, California on January 3, 2022 at _____ p.m.

Dated:  January 3, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE