UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:22-cr-00003-DB |
| | ) | |
| Plaintiff, | ) | ORDER TO DISMISS AND VACATE STATUS |
| | ) | CONFERENCE |
| v. | ) | |
| | ) | |
| JAMES RUSSELL FOREMAN, | ) | DATE:  January 18, 2022 |
| | ) | TIME:  9:30 a.m. |
| Defendant. | ) | JUDGE: Hon. Deborah Barnes |
| | ) | |
| | ) | |
| | ) | |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:22-cr-00003-DB without prejudice is GRANTED.

It is further ordered that the status conference scheduled on January 18, 2022, at 9:30 a.m. is vacated.

IT IS SO ORDERED.

Dated: January 18, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE